## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Jesus Banuelos, Task Force Officer of the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

1. I am a Task Force Officer of the FBI and am currently assigned to the Southern Arizona Safe Trails Task Force. In the course of my official duties, I am responsible for investigating federal crimes occurring within the District of Arizona, which include violent crimes occurring within Indian Country. I have training and experience in investigating such crimes.

## PURPOSE OF THIS AFFIDAVIT

2. I am submitting this affidavit in support of an application for the issuance of a search warrant authorizing agents and task force officers with the FBI to collect a DNA sample from STEVEN DANIEL BUITIMEA (BUITIMEA) pursuant to the methodology described below. The person to be searched is more fully described in Attachment A, which is incorporated to this affidavit by reference. The items to be seized and searched are more fully described in Attachment B, also incorporated to this affidavit by reference.

3. Based on the investigation, for the reasons expressed below, your affiant believes there is probable cause to believe that the DNA collected from BUITIMEA is an evidence item related to a criminal investigation involving Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3) and 1153, Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 113(a)(6) and 1153, Assault Resulting in Substantial Bodily Injury of an Intimate Partner and Dating Partner, in violation of 18 U.S.C. §§ 113(a)(7) and 1153, Aggravated Sexual Abuse, in violation of 18 U.S.C. §§ 2241(a)(1) and 1153, and Domestic Assault by an Habitual Offender (Indian Country), in violation of 18 U.S.C. §§ 117. This court has jurisdiction over these offenses under Title 18, Untied States Code, §§ 113(a)(3), 113(a)(6), 113(a)(7), 2241(a)(1), 117, and 1153, because the below-described

events occurred within the confines of the Pascua Yaqui Indian Reservation, within the District of Arizona, in Pima County, Arizona.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## SEARCH METHODOLOGY TO BE EMPLOYED

5. The process of collection will be limited to the seizure of a DNA standard by the use of four (4) buccal swabs. Method of collection will be oral, that is, by inserting the buccal swabs (4) into the mouth of BUITIMEA for the purpose of collecting a DNA standard.

## DESCRIPTION OF THE PROPERTY TO BE SEARCHED

6. STEVEN DANIEL BUITIMEA is currently incarcerated at the Central Arizona Florence Correctional Complex – Core Civic, in Florence, Arizona, on the instant charges. BUITIMEA's date of birth is April 1, 1989. He is a Native American male, is approximately 5'8" tall, weighs approximately 175 pounds, and has brown eyes and black hair.

## PROBABLE CAUSE

7. On May 28, 2022, Pascua Yaqui Police Department (PYPD) Officers were dispatched to 7620 S. Camino Huivism, a residence located on the Pascua Yaqui Indian Reservation. The Tucson Police Department (TPD) was requesting assistance as they were investigating a possible sexual assault and aggravated assault within their jurisdiction. H.B., the victim of the physical and sexual assault, told TPD officers that she had been dropped off at Banner University Medical Center (UMC) South Campus by her father-in-law, Basilio Buitimea. Basilio Buitimea resides at the house on S. Camino Huivism, and

TPD hoped to gain additional information from him regarding what had happened to the victim.

8. H.B. claimed that earlier that day she had been drinking with BUITIMEA off of the reservation and at some point became separated from him. She advised she was drinking at a local bar within the Tucson City limits. At some point she decided to go home via the city bus to try and reunite with BUITIMEA. She stated that she remembered getting attacked by three or four males wearing black ski masks. During the assault she blacked out and did not remember anything after that. H.B. remembered getting hit in the head and her vaginal area and believed she was struck with a metal pipe that she at one point described as black in color. She said she was not sure if the male suspects actually sexually assaulted her. The next thing she remembered was being at home and BUITIMEA attempting to help her because she was bleeding.

9. H.B. sustained serious physical and vaginal injuries that were so severe that she needed to be transferred to a level one emergency room trauma center for treatment. H.B. was transferred to Banner UMC's Main Trauma Center via ambulance. In addition to abrasions, contusions, and lacerations all over her upper and lower extremities, torso, and back, medical records indicate that H.B. suffered a fracture of her nasal arch, multiple rib fractures, and fractures to her thoracic vertebrae. H.B. also suffered lacerations and a hematoma to her vulva which required surgical repair and evacuation of the blood pooled under her skin. H.B. remained hospitalized for several days due to the extent of her injuries.

10. On May 28, 2022, H.B. also underwent a sexual assault examination to preserve any evidence that she was sexually assaulted by unknown men. Prior to the examination, H.B. reported that BUITIMEA was a consensual sexual partner and she indicated that she last has sex with him on May 26, 2022. A total of 34 swabs were taken from H.B.'s body, including external genital swabs, vaginal, and anal swabs.

11. An investigation by TPD into the approximate locations where H.B. claimed she was assaulted was conducted. TPD was unable to find a crime scene at any of the locations. Based upon the amount of blood on H.B.'s clothing and the fact that she was still actively bleeding when she arrived at the hospital, a crime scene, if one existed in those areas, should have been easy to locate.

12. When PYPD officers responded to the address on S. Huvisim, they spoke with witnesses at the home and discovered that the assault of H.B. had actually occurred at that address, inside of the residence, on May 27. 2022 at approximately 7:00 p.m. The witnesses stated that BUITIMEA, who is an enrolled tribal member of the Pascua Yaqui Tribe, physically assaulted H.B., who is his girlfriend, in the living room of the home. A juvenile living in the home stated he heard BUITIMEA yelling at H.B., calling her names such as "slut" and "whore," and accusing her of cheating on him. The juvenile heard H.B. crying and saying, things such as "stop, I beg you." BUITIMEA's mother, Maria Buitimea, stated that she observed BUITIMEA physically beating H.B. with his hands for several minutes and said he continued to hit the victim even as she (Maria) yelled at him to stop. Basilio Buitimea admitted that he drove the victim to the hospital after the assault and his truck, which was parked in the driveway of the home, had a large quantity of blood visible on the front passenger side seat. BUITIMEA, who appeared to be intoxicated, was located in the home and was arrested by PYPD and taken into tribal custody at that time.

13. PYPD detectives and FBI agents arrived on scene and assisted in processing the home. Several items of evidence were collected. PYPD patrol officers that were first on scene noticed a black metal dumbbell bar that appeared to have reddish brown substance on it, which appeared to be consistent with blood. The item was located in the living room area of the home where the assault had been described as having occurred by witnesses. In that area there was a mattress on the floor that also had a reddish brown substance consistent with blood in more than one location, and swabs of that substance

were taken for evidentiary purposes. Spots of a reddish brown substance were located in other places throughout the home to include the hallway and main bathroom.

14. Fluids and tissues of the human body such as blood, saliva, sweat, and skin cells contain Deoxyribonucleic Acid (DNA), which is a chemical substance that serves as the genetic code. Although the code differs from person to person (except for identical twins), the DNA code is the same within all the cells and tissues of a single person. DNA typing techniques commonly used in the forensic DNA laboratory can detect differences in the DNA code from person to person. DNA typing is a very powerful technique for excluding or including an individual as the source of biological fluid or tissue. In order to make comparisons of DNA profiles, body fluid must be obtained from the individual. Because the DNA code is the same within an individual, any body fluid (i.e. blood, saliva, sweat), hair or tissue can be used as an exemplary for an individual.

15. Oral swabs for DNA from BUITIMEA are needed in order to analyze his DNA and compare it to the DNA that may be contained in fluids and/or tissues, including skin cells, sweat, oil, and other bodily fluids, on the aforementioned evidence, specifically the swabs taken from the victim's body that are contained in the sexual assault examination kit and the possible weapon used during the assault, the black metal bar, which were located inside of BUITIMEA's home.

## CONCLUSION

20.   Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that the DNA standard of STEVN DANIEL BUITIMEA , further described in Attachment B, will provide evidence related to violations of 18 U.S.C. §§ 113(a)(3), 113(a)(6), 113(a)(7), 2241(a)(1), and 1153. I respectfully request the issuance of a Federal Search Warrant allowing agents and task force officers of the FBI to collect a DNA standard STEVEN DANIEL BUITIMEA

_____ #373
Jesus Banuelos
Task Force Officer, Federal Bureau of Investigations

Subscribed and sworn to me telephonically
on this 9th day of November, 2022

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge
District of Arizona

## ATTACHMENT A

## DESCRIPTION OF PERSON TO BE SEARCHED

The person of STEVEN DANIEL BUITIMEA, Native American male, date of birth April 1, 1989, approximately 5'08" tall, approximately 175 pounds, who is currently incarcerated at the Central Arizona Florence Correctional Complex – Core Civic, in Florence, Arizona.



## ATTACHMENT B

## ITEMS TO BE SEIZED

A DNA standard obtained by inserting four (4) buccal swabs into the mouth of STEVEN DANIEL BUITIMEA, for DNA comparison.